3

**David R. Jenkins, #95301**
**8050 N. Palm Avenue, Suite 300**
**Fresno, CA 93711**
**Telephone: (559) 264-5695**
**Facsimile: (559) 264-5693**
**Email: david@drjbklaw.com**

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In the matter of<br><br>　　JENNIFER ROBELLO,<br><br>　　　　　　Debtor. | Case No. 20-11751-B-13F<br>Chapter 13<br><br>DC No. DRJ-2<br>Date: January 26, 2022<br>Time: 9:30 a.m.<br>Department B, Judge Lastreto<br>Fifth Floor, Courtroom 13,<br>2500 Tulare Street, Fresno CA |
|---|---|

# FIRST AND FINAL APPLICATION OF
# DAVID R. JENKINS FOR PAYMENT OF FEES

　　This application is for services rendered as attorney for Jennifer Robello, Debtor ("Debtor") from April 4, 2020 to December 26, 2021.

　　1. Terms and Conditions for Employment are that services would be billed at the hourly rate in effect at case commencement–$350.00–for professional services and payment is subject to court approval. No request for payment for non-attorney support staff was contemplated by our initial agreement and none is included in this application.

| Name of Applicant: | David R. Jenkins |
|---|---|
| Nature of Services for which Compensation is Requested: | General Bankruptcy Counsel to Debtor |
| Date of Filing Petition: | May 21, 2020 |
| Period for which Compensation is Requested: | April 4, 2020 to December 26, 2021 |
| Date Chapter 13 Plans Confirmed: | August 11, 2020 |
| Amount of Expenses Requested as Actual, Reasonable, and Necessary during Application Period: | $ 125.00 |

1

|  |  |
|---|---|
| Total Amount of Compensation including Requested Expenses to be Allowed in this Application: | $4,000.00 |
| Retainer Remaining on Date of this Application: | $00.00 |
| Amount to be paid through Chapter 13 Plan: | $4,000.00 |

2. A Narrative Report and declaration describing services rendered, and the case status is included in the Compendium of Exhibits to this Application, marked as Exhibit A.

3. Summary of Fees Previously Allowed and Paid or Scheduled for Hearing:

| **Date of Hearing** | **Fees Allowed/ Requested** | **Costs Allowed/ requested** | **Payment Date** |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. Summary of requested fees:

| Professional | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|
| David R. Jenkins | $350.00 | 18.3 | $6,405.00 |
| Paid by Debtor prior to filing. | N/A | N/A | -$1,425.00 |
| Expenses |  |  | $ 125.00 |
| Courtesy discount | N/A | N/A | -$1,105.00 |
| Net due | N/A | N/A | $4,000.00 |

5. Summary of requested expense reimbursements:

| **Description:** | **Amount:** |
|---|---|
| Filing Fee (Paid by Debtor) | $ 0 |
| Copies/ Reproduction | $ 0 |
| Postage | $ 0 |
| Court Call | $ 00.00 |
| Bk Attorney Services (Certificate of Service) Estimated for service of Fee Application | $ 125.00 |
| **Total** | $ 125.00 |

\\\\

\\\

\\

\

6. Category Fee Summary

| Project | Hours | Total Fees Charged |
|---|---|---|
| B100 - General - Consultation, Information and Database review, Client Communication, Fee Application | 11.6 | $4,060.00 |
| B130 - Schedules, Forms and Plan | 13.4 | $2,240.00 |
| B132 - 341 Preparation and Attendance | 2.7 | $ 945.00 |
| Total time and fees. | 18.3 | $6,405.00 |
| Expenses | | $ 125.00 |
| Payment from Debtor's ARAG legal insurance after filing. | | -$1,425.00 |
| Net Due | | $6,405.00 |
| Courtesy Discount | | -$1,105.00 |
| Amount requested in fee application | | $4,000.00 |

Wherefore Applicant requests that this application for fees in the net amount of $4,000.00 be granted, and that the Chapter 13 Trustee be authorized to pay that sum to David R. Jenkins.

Dated: December 26, 2021

                                             /s/ David R. Jenkins
                                           David R. Jenkins