11

**David R. Jenkins, #95301**
**David R. Jenkins, P.C.**
**8050 N. Palm Avenue, Suite 300**
**Fresno, CA 93711**
**Telephone: (559) 264-5695**
**Facsimile: (559) 264-5693**
**Email: david@drjbklaw.com**

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of<br><br>JENNIFER ROBELLO<br><br>Debtor(s). | Case No. 20-11751-B-13F<br>Chapter 13<br><br>DC No. DRJ-2<br>Date: January 27, 2022<br>Time: 9:30 a.m.<br>Department B, Judge Lastreto<br>Fifth Floor, Courtroom 13,<br>2500 Tulare Street, Fresno CA |

**COMPENDIUM OF EXHIBITS IN SUPPORT OF**
**FIRST AND FINAL APPLICATION OF**
**DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES**

| Exhibit | Description | Page |
|---|---|---|
| A | Narrative and Declaration | 2 |
| B | Supporting documentation for detailed fees and expenses by date | 6 |
| C | Supporting documentation for detailed fees and expenses by task. | 8 |
| D | Debtors Consent | 10 |

# EXHIBIT A

David R. Jenkins, #95301
8050 N. Palm Avenue, Suite 300
Fresno, CA 93711
Telephone: (559) 264-5695
Facsimile: (559) 264-5693
david@drjbklaw.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In the matter of<br><br>JENNIFER ROBELLO,<br><br>Debtor. | Case No. 20-11751-B-13F<br>Chapter 13<br><br>DC No. DRJ-2<br>Date: January 27, 2022<br>Time: 9:30 a.m.<br>Department B, Judge Lastreto<br>Fifth Floor, Courtroom 13,<br>2500 Tulare Street, Fresno CA |
|---|---|

# DECLARATION AND NARRATIVE REPORT OF DAVID R. JENKINS IN SUPPORT OF FIRST AND FINAL APPLICATION OF DAVID R. JENKINS FOR PAYMENT OF FEES

I, DAVID R. JENKINS, declare as follows:

1. I am the attorney for the debtor in the above-captioned bankruptcy case. I have personal knowledge of the facts set forth in this declaration. If the court or a party were to call upon me to do so I could and would competently testify to these facts under oath.

\\

\

Exhibit A

3

2. I consulted with the Debtor prior to the filing regarding her options and analyzed the case issues. In connection with the completion of the bankruptcy filing preparation I met with the debtor on several occasions, obtained documents and information as necessary to prepare the appropriate schedules and plan, and complete the bankruptcy filing. I exercised due diligence in preparing and verifying the facts necessary to prepare the petition and other documents for the filing.

**(Task Code B100 General 11.6 hrs/$350 DRJ $4,060.00)**

3. With the assistance of staff, I prepared all necessary documents including the Schedules, Forms and Plan. Met and conferred with the Debtor to finalize the documents. I reviewed and approved the form of Order Conforming Plan. I reviewed the Notice of Filed Claims to assess impact on continuing Plan feasibility.

**(Task Code B130 Schedules, Forms and Plan 4.0 hrs/ $350  DRJ $1,400.00)**

4. In connection with the bankruptcy case, with the assistance of staff, I assembled the documents required by the Chapter 13 Trustee and oversaw the transmission of the documents to the trustee. I also met with the Debtor immediately after the meeting of creditors to explain the results of the meeting and answer questions about the meeting and the case.

**( Task Code B132 - 341 Preparation 2.7 hrs./$350  DRJ $945.00)**

5. Periodically during the case I spoke or emailed with the Debtor regarding various inquiries and issues, for which I have not and will not charge. The costs and expenses billed to this case are included in the detailed time and cost summaries in the Compendium of Exhibits.

6. I have reviewed the application for fees and expenses to be filed in the above-captioned case and have personal knowledge regarding all facts contained therein. To the best of my knowledge, after a diligent review, all the facts stated in the application for fees and expenses filed herewith are true and correct.

\\
\

7. This declaration is intended to serve as narrative describing the services rendered in this case that the court requires in connection with the application.

8. True and correct copies of my time records organized by date and task and expense summary are included in the Compendium of Exhibits marked as Exhibit B and Exhibit C, respectively.

9. Except for the sum of $1,425.00 paid by the Debtor's ARAG legal insurance after filing, as disclosed in paragraph 16 of the Statement of Financial Affairs and Disclosure of Attorney Compensation, I have not accepted or demanded from the debtor or any other person any payment for services or costs reimbursement without first obtaining a court order authorizing the fees and/or costs and specifically permitting direct payment of those fees and/or costs by the debtor.

I declare under penalty of perjury that the foregoing statements are true and correct and that if called as a witness herein I could and would competently testify thereto, and that this declaration was executed on December 26, 2021 at Fresno, California.

　　　　　　　　　　/s/ David R. Jenkins
　　　　　　　　　　DAVID R. JENKINS

Exhibit A

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

| Date | DCN | Description | Task Code | DRJ Hrs | x 350/hr | Cost Desc | Cost. $ |
|---|---|---|---|---|---|---|---|
| Robello | | Case 20-11751-B dof 5-21-2020 | | | $ - | | |
| 4/4/2020 | | Initial client interview to assess options. | B100 | 1.2 | $ 420.00 | | |
| 4/8/2020 | | Request information and review documents from Debtor. | B100 | 1.5 | $ 525.00 | | |
| 4/29/2020 | | Update client information | B100 | 1.6 | $ 560.00 | | |
| 5/11/2020 | | Information gathering and document prepration and interview. Database review. Analysis of documents and client data input. | B100 | 3.1 | $ 1,085.00 | | |
| 5/21/2020 | | Finalize Chapter 13 plan and schedules all documents necessary for completion of the commencement of case. Attention to filing. | B130 | 2.7 | $ 945.00 | | |
| 5/28/2020 | | Attention to Assembly, organization and transmission of Section 521 documents to Trustee. | B132 | 1.2 | $ 420.00 | | |
| 6/30/2020 | | Preparation for and attend meeting of creditors. Post meeting conference with client. | B132 | 1.5 | $ 525.00 | | |
| 7/2/2020 | | Review and approve form of Order Confirming | B130 | 0.3 | $ 105.00 | | |
| 12/21/2020 | | Review Notice of Filed Claims and assess impact on continuing Plan feasibility. | B130 | 1 | $ 350.00 | | |
| 2/10/2021 | | Respond to email from Debtor regarding current tax return. | B100 | 0.2 | $ 70.00 | | |
| 2/11/2021 | | Review additional information re tax returns and the IRS rejection . | B100 | 0.4 | $ 140.00 | | |
| 3/19/2021 | | Assist Debtor with post petition tax return acceptance issues. | B100 | 1.1 | $ 385.00 | | |
| 12/25/2021 | DRJ-2 | Draft Fee Application | B100 | 2.5 | $ 875.00 | Certificate of Service ( estimated) | $ 125.00 |
| | | | | | $ - | total expenses | $ 125.00 |
| | | | | | $ - | | |
| | | | | 18.3 | $ 6,405.00 | | |
| | | Costs | | | $ 125.00 | | |
| | | Payment from Debtor's Legal Insurance (ARAG) | | | $ (1,425.00) | | |
| | | Remaining Balance | | | $ 5,105.00 | | |
| | | Courtesy Discount | | | $ (1,105.00) | | |
| | | Requested in Fee Application | | | $ 4,000.00 | | |

Exhibit B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

Exhibit C

8

**Task Code Sort**

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 4/4/2020 | Initial client interview to assess options. | B100 | 1.2 | $ 420.00 |
| 4/29/2020 | Update client information. | B100 | 1.6 | $ 560.00 |
| 5/11/2020 | Information gathering and document prepration and interview. Database review. Analysis of documents and client data input. | B100 | 3.1 | $ 1,085.00 |
| 2/10/2021 | Respond to email from Debtor regarding current tax return. | B100 | 0.2 | $ 70.00 |
| 2/11/2021 | Review additional information re tax returns and the IRS rejection . | B100 | 0.4 | $ 140.00 |
| 3/19/2021 | Assist Debtor with post petition tax return acceptance issues. | B100 | 1.1 | $ 385.00 |
| 12/25/2021 DRJ-2 | Draft Fee Application | B100 | 2.5 | $ 875.00 |
| 4/8/2020 | Request information and review documents from Debtor. | B100 | 1.5 | $ 525.00 |
| | **B100 TOTAL** | | **11.6** | **$ 4,060.00** |
| 5/21/2020 | Finalize Chapter 13 plan and schedules all documents necessary for completion of the commencement of case. Attention to filing. | B130 | 2.7 | $ 945.00 |
| 12/21/2020 | Review Notice of Filed Claims and assess impact on continuing Plan feasibility. | B130 | 1 | $ 350.00 |
| 7/2/2020 | Review and approve form of Order Confirming | B130 | 0.3 | $ 105.00 |
| | **B130 TOTAL** | | **4** | **$ 1,400.00** |
| 5/28/2020 | Attention to Assembly, organization and transmission of Section 521 documents to Trustee. | B132 | 1.2 | $ 420.00 |
| 6/30/2020 | Preparation for and attend meeting of creditors. Post meeting conference with client. | B132 | 1.5 | $ 525.00 |
| | **B132 TOTAL** | | **2.7** | **$ 945.00** |

**EXPENSE SUMMARY**

| | | |
|---|---|---|
| Certificate of Service ( estimated) | | $ 125.00 |
| **total expenses** | | **$ 125.00** |

Exhibit C

9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT D

David R. Jenkins, #95301
8050 N. Palm Avenue, Suite 300
Fresno, CA 93711
Telephone: (559) 264-5695
Facsimile: (559) 264-5693
Email: david@drjbklaw.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In the matter of

JENNIFER ROBELLO,

　　　　Debtor(s).

Case No. 20-11751-B-13F
Chapter 13

DC No. DRJ-2
Date: January 26, 2022
Time: 9:30 a.m.
Department B, Judge Lastreto
Fifth Floor, Courtroom 13,
2500 Tulare Street, Fresno CA

# CLIENT APPROVAL OF FIRST AND FINAL APPLICATION OF DAVID R. JENKINS FOR PAYMENT OF FEES

I, JENNIFER ROBELLO, the undersigned am the Debtor in the above-referenced bankruptcy case. I have received and read the First and Final Application of David R. Jenkins, for Payment of Fees and approve the same.

Dated: 12/27/2021

　　　　　　　　　　　　　　/s/ Jennifer Robello
　　　　　　　　　　　　　　Jennifer Robello

Exhibit D

11