# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>JENNIFER ROBELLO | CASE NO: 20-11751<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. DRJ-2<br>Judge: Lastreto<br>Hearing Location: Fifth Fl. Crt 13, 2500 Tulare St., Fresno CA<br>Hearing Date: January 26, 2022<br>Hearing Time: 9:30 am |

On 12/27/2021, I did cause a copy of the following documents, described below,

NOTICE OF FIRST AND FINAL APPLICATION OF DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES ECF Docket Reference No. DRJ-2

FIRST AND FINAL APPLICATION OF DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES DRJ-2

COMPENDIUM OF EXHIBITS TO FIRST AND FINAL APPLICATION OF DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES DRJ-2

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/27/2021

/s/ David R. Jenkins
David R. Jenkins 95301

David R. Jenkins, PC
8050 N. Palm Ave. Suite 300
Fresno, CA 93711
559 264 5695

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>JENNIFER ROBELLO | CASE NO: 20-11751<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. DRJ-2<br>Judge: Lastreto<br>Hearing Location: Fifth Fl. Crt 13, 2500 Tulare St., Fresno CA<br>Hearing Date: January 26, 2022<br>Hearing Time: 9:30 am |

On 12/27/2021, a copy of the following documents, described below,

NOTICE OF FIRST AND FINAL APPLICATION OF DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES ECF Docket Reference No. DRJ-2

FIRST AND FINAL APPLICATION OF DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES DRJ-2

COMPENDIUM OF EXHIBITS TO FIRST AND FINAL APPLICATION OF DAVID R. JENKINS FOR PAYMENT OF FEES AND EXPENSES DRJ-2

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/27/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David R. Jenkins
David R. Jenkins, PC
8050 N. Palm Ave. Suite 300
Fresno, CA 93711

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING           AIS PORTFOLIO SERVICES LP              ALLY BANK
09721                                       ATTN ALLY BANK DEPARTMENT              PO BOX 130424
CASE 20-11751                               4515 N SANTA FE AVE DEPT APS           ROSEVILLE MN 55113-0004
EASTERN DISTRICT OF CALIFORNIA              OKLAHOMA CITY OK 73118-7901
FRESNO
MON DEC 27 11-45-17 PST 2021


ALLY FINANCIAL                              ALLY FINANCIAL                         AXCESS FINANCIAL
ATTN BANKRUPTCY                             P O BOX 380901                         7755 MONTGOMERY RD
PO BOX 380901                               BLOOMINGTON MN 55438-0901              CINCINNATI OH 45236-4197
BLOOMINGTON MN 55438-0901


AXCESS FINANCIAL                            BRANDON S LEFKOWITZ                    CAPITAL ONE
7755 MONTOGOMERY ROAD                       29777 TELEGRAPH ROAD SUITE 2440        ATTN BANKRUPTCY
SUITE 400                                   SOUTHFIELD MI 48034-7667               PO BOX 30285
CINCINNATI OH 45236-4197                                                           SALT LAKE CITY UT 84130-0285


CAPITAL ONE                                 CAPITAL ONE BANK USA NA                COMENITY BANK VICTORIA SECRET
PO BOX 30281                                4515 N SANTA FE AVE                    ATTN BANKRUPTCY
SALT LAKE CITY UT 84130-0281                OKLAHOMA CITY OK 73118-7901            POB 182125
                                                                                   COLUMBUS OH 43218-2125


COMENITY BANK VICTORIA SECRET               DANIELS JEWELERS                       DANIELS JEWELERS
PO BOX 182789                               ATTN BANKRUPTCY                        PO BOX 3750
COLUMBUS OH 43218-2789                      PO BOX 3750                            CULVER CITY CA 90231-3750
                                            CULVER CITY CA 90231-3750


DATA CENTRAL                                ENHANCED RECOVERY CORP                 ENHANCED RECOVERY CORP
PO BOX 9399                                 ATTN BANKRUPTCY                        PO BOX 57547
FRESNO CA 93792-9399                        8014 BAYBERRY ROAD                     JACKSONVILLE FL 32241-7547
                                            JACKSONVILLE FL 32256-7412


FEDLOAN SERVICING                           FEDLOAN SERVICING                      FRANCHISETAX BOARD
ATTN BANKRUPTCY                             POB 60610                              BANKRUPTCY SECTION MSA340
PO BOX 69184                                HARRISBURG PA 17106-0610               PO BOX 2952
HARRISBURG PA 17106-9184                                                           SACRAMENTO CA 95812-2952


INTERNAL REVENUE SERVICE                    DAVID R JENKINS                        LOANME LLC
PO BOX 7346                                 8050 N PALM AVE STE 300                1900 S STATE COLLEGE BLVD
PHILADELPHIA PA 19101-7346                  FRESNO CA 93711-5510                   SUITE 300
                                                                                   ANAHEIM CA 92806-6152


MICHAEL H MEYER                             MIDLAND CREDIT MANAGEMENT INC          NAVIET
PO BOX 28950                                PO BOX 2037                            ATTN CLAIMS DEPT
FRESNO CA 93729-8950                        WARREN MI 48090-2037                   PO BOX 9500
                                                                                   WILKES-BARR PA 18773-9500
```

Filed 12/27/21    Case 20-11751    Doc 24

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NAVIET                              ONEMAIN FINANCIAL GROUP LLC       OFFICE OF THE US TRUSTEE
PO BOX 9635                         PO BOX 3251                       UNITED STATES COURTHOUSE
WILKES BARRE PA 18773-9635          EVANSVILLE IN 47731-3251          2500 TULARE STREET ROOM 1401
                                                                      FRESNO CA 93721-1326


ONEMAIN FINANCIAL                   ONEMAIN FINANCIAL                 OPPORTUNITY FINANCIAL LLC
ATTN BANKRUPTCY                     PO BOX 1010                       130 EAST RANDOLPH STREET
PO BOX 3251                         EVANSVILLE IN 47706-1010          CHICAGO IL 60601-6207
EVANSVILLE IN 47731-3251


OPPORTUNITY FINANCIAL LLC           OPPORTUNITY FINANCIAL LLC         PRA RECEIVABLES MANAGEMENT LLC
ATTN BANKRUPTCY                     130 E RANDOLPH STREET             PORTFOLIO RECOVERY ASSOCIATES LLC
130 EAST RANDOLPH ST STE 3400       SUITE 3400                        POB 41067
CHICAGO IL 60601-6379               CHICAGO IL 60601-6379             NORFOLK VA 23541-1067


                                                                      DEBTOR
QUANTUM3 GROUP LLC AS AGENT FOR     QUANTUM3 GROUP LLC AS AGENT FOR   JENNIFER ROBELLO
COGNICAL HOLDINGS INC               COMENITY BANK                     898 WENTWORTH CIRCLE
PO BOX 788                          PO BOX 788                        LEMOORE CA 93245-4430
KIRKLAND WA 98083-0788              KIRKLAND WA 98083-0788


SCRATCH FINANCIAL INC               SYNCHRONY BANK                    SYNCHRONY BANK GAP
ATTN CATHY MORSE COMPLIANCE         CO PRA RECEIVABLES MANAGEMENT LLC ATTN BANKRUPTCY DEPT
225 S LAKE AVE                      PO BOX 41021                      PO BOX 965060
SUITE 250                           NORFOLK VA 23541-1021             ORLANDO FL 32896-5060
PASADENA CA 91101-4895


SYNCHRONY BANK GAP
PO BOX 965005
ORLANDO FL 32896-5005
```

Filed 12/27/21          Case 20-11751          Doc 24

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

(Debtor)
Jennifer Robello
898 Wentworth Circle
Lemoore, CA 93245
represented by:
David R. Jenkins
8050 N Palm Ave, Ste 300
Fresno, CA 93711

(U.S. Trustee)
Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno, CA 93721

(Trustee)
Michael H. Meyer
PO Box 28950
Fresno, CA 93729-8950

(Creditor)
AIS Portfolio Services, LP
Attn: Ally Bank Department
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118